■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONNIE MASON, Appellant. [38 NYS3d 905]—Judgment, Supreme Court, Bronx County (Troy K. Webber, J.), rendered April 17, 2015, convicting defendant, upon his plea of guilty, of burglary in the third degree, and sentencing him to an aggregate term of 3½ to 7 years, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal (*see People v Powell*, 140 AD3d 401 [1st Dept 2016]), we perceive no basis for reducing the sentence. Concur—Mazzarelli, J.P., Acosta, Richter, Kapnick and Gesmer, JJ.